JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KAMAU A. DAVIS,                          ) Case No. CV 15-0867-JGB (JPR)
                                         )
              Petitioner,                )
                                         )
     vs.                                 )          J U D G M E N T
                                         )
JIM McDONNELL, Sheriff,                  )
                                         )
              Respondent.                )
_____ )

     Pursuant to the Order Dismissing Habeas Petition Without
Prejudice and Administratively Closing Case,

     IT IS HEREBY ADJUDGED that this action is dismissed without
prejudice.


DATED:    April 20, 2015          _____
                                  JESUS G. BERNAL
                                  U.S. DISTRICT JUDGE