O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAMAU A. DAVIS, | ) | Case No. CV 15-0867-JGB (JPR) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DENYING A CERTIFICATE OF |
| vs. | ) | APPEALABILITY |
| | ) | |
| JIM McDONNELL, Sheriff, | ) | |
| | ) | |
| Respondent. | ) | |

    Unless granted a Certificate of Appealability, a petitioner may not appeal from a "final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court." 28 U.S.C. § 2253(c)(1). State pretrial detainees therefore require a Certificate of Appealability before appealing denial of relief under § 2241. Wilson v. Belleque, 554 F.3d 816, 824-25 (9th Cir. 2009).

    Under § 2253(c)(2), a Certificate of Appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." The Supreme Court has held that this standard means that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues

1 presented were adequate to deserve encouragement to proceed
2 further." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000) (internal
3 quotation marks omitted).
4     Here, Petitioner hasn't made the necessary showing as to the
5 merits of his claims or whether the Court should intervene in his
6 pending state criminal proceeding.
7     Accordingly, a Certificate of Appealability is denied.

DATED: April 20, 2015

JESUS G. BERNAL
U.S. DISTRICT JUDGE

Presented by:

**JEAN ROSENBLUTH**
Jean Rosenbluth
U.S. Magistrate Judge